MARTHA W. SPARLING, Appellant, *v.* GEORGE WELLS et al.,
Respondents.

*Sparling* v. *Wells*, 41 App. Div. 617, affirmed.
(Argued May 17, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 8, 1899, affirming a judgment in favor of defendants
entered upon a dismissal of the complaint by the court at a
Trial Term and an order denying a motion for a new trial.

*John J. Linson* for appellant.

*William D. Brinnier, Alvah S. Newcomb* and *John W.
Searing* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CUL-
LEN and WERNER, JJ. Not sitting: LANDON, J.

---

REBECCA HATTERSLEY, Appellant, *v.* SARAH HATTERSLEY,
Respondent.

*Hattersley* v. *Hattersley*, 42 App. Div. 630, affirmed.
(Argued May 17, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 12, 1899, affirming a judgment in favor of defendant
entered upon a decision of the court at a Trial Term and an
order denying a motion for a new trial.

*Edward J. Meegan* for appellant.

*John H. Rea* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CUL-
LEN and WERNER, JJ. Not sitting: LANDON, J.